FILED

MAY 07 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | CASE NO. 3:25 CR 220 |
| ) | JUDGE HELMICK |
| v. ) | MAGISTRATE JUDGE CLAY |
| ) | Title 18, United States Code, |
| TERNEL HUGGINS aka TERNEL SMITH ) | Sections 922(g)(1) and 924(a)(8), |
| aka MONE, ) | Title 21 United States Code, |
| GERALD LYKINS aka ROCKY, ) | Sections 841(a)(1), (b)(1)(A), |
| ) | (b)(1)(B), (b)(1)(C) and 846 |
| Defendants. ) | |

COUNT 1
(Drug Conspiracy, 21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning in or around September 7, 2023 and continuing through the date of this Indictment, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, Defendants TERNEL HUGGINS aka TERNEL SMITH aka MONE and GERALD LYKINS aka ROCKY did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 50 grams or more of methamphetamine hydrochloride, a Schedule II controlled substance; and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) and 846.

COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about September 7, 2023, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE did knowingly and intentionally distribute approximately 5.11 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about April 10, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE and GERALD LYKINS aka ROCKY did knowingly and intentionally distribute approximately 14 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about April 16, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE and GERALD LYKINS aka ROCKY did knowingly and intentionally distribute approximately 5.10 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5. On or about April 16, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE and GERALD LYKINS aka ROCKY did knowingly and intentionally distribute approximately 13.5 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 6
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6. On or about June 21, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE did knowingly and intentionally possess with intent to distribute approximately 136 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 7
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

7. On or about June 21, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE did knowingly and intentionally possess with intent to distribute approximately 57.7 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 8
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about June 21, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH did knowingly and intentionally possess with intent to distribute approximately 16.65 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

9. On or about June 21, 2024, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE did knowingly and intentionally possess with intent to distribute approximately 81.8 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 10
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

10. On or about April 10, 2024, in the Northern District of Ohio, Western Division, Defendant GERALD LYKINS aka ROCKY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Domestic Violence, on or about September 10, 2015, in Case No. G-4801-CR-0201502088, in the Lucas County Common Pleas Court; knowingly possessed in and affecting interstate commerce a

firearm, to wit: a Savage, Model 93R1, 17 caliber automatic rifle, bearing serial number 2441049, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 11
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

11. On or about April 23, 2025, in the Northern District of Ohio, Western Division, TERNEL HUGGINS aka TERNEL SMITH aka MONE did knowingly and intentionally possess with intent to distribute approximately 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE

The Grand Jury further charges:

12. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the allegations contained in Counts 1-11 of this Indictment are incorporated herein by reference. As a result of the foregoing offenses, Defendants TERNEL HUGGINS aka TERNEL SMITH aka MONE and GERALD LYKINS aka ROCKY shall forfeit to the United States all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein in Counts 1-9 and Count 11; and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and GERALD LYKINS aka ROCKY shall forfeit to

the United States any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein in Count 10.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.